# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAAC GARCIA HINOJOS,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CAROLYN COLVIN, Acting Commissioner of Social Security,<br><br>　　　　Defendant | Case No.: 1:14-cv-01781-SAB<br><br>STIPULATION TO EXTEND BRIEFING SCHEDULE |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Plaintiff shall file an opening brief on or before August 4, 2015;
2. Defendant's opposition shall be filed on or before September 14, 2015; and
3. Plaintiff's reply, if any shall be filed on or before September 29, 2015.

IT IS SO ORDERED.

Dated: **July 12, 2015**

_____
UNITED STATES MAGISTRATE JUDGE

-1-